# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**WILLIAM ERNEST TAYLOR,**
       **Plaintiff,**

    v.                           Case No. 12-CV-00488

**SIEGEL MARKETING GROUP,**
       **Defendant.**

---

## DECISION AND ORDER

Plaintiff filed this case on May 17, 2012. Pursuant to Fed. R. Civ. P. 4(m), plaintiff had 120 days from filing within which to effect service of the complaint upon the defendant. That time period expired on September 14, 2012, yet no proof of service has been submitted to the court to date. As no service appears to have been effected within the 120-day period, Rule 4(m) and Civil L.R. 41(a) allow me to dismiss the case without prejudice upon my own initiative after giving at least twenty days notice to the plaintiff. This order gives plaintiff that notice and will allow him a brief extension to secure service and file appropriate proof thereof.

**THEREFORE, IT IS ORDERED** that plaintiff has until **December 10, 2012** within which to serve defendant <u>and</u> file proof of service with the clerk of court. If plaintiff fails to comply with this order, this case will be dismissed.

Dated at Milwaukee, Wisconsin, this 15th day of November 2012.

                                            <u>s/ Lynn Adelman</u>
                                            LYNN ADELMAN
                                            District Judge