# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**WILLIAM ERNEST TAYLOR,**
    **Plaintiff,**

  v.              Case No. 12-CV-00488

**SIEGEL MARKETING GROUP,**
    **Defendant.**

---

## ORDER

  Pro se plaintiff William Taylor filed this lawsuit under 42 U.S.C. § 1983. I warned plaintiff that I would dismiss this case for lack of prosecution if he did not notify the court by April 22, 2013 of his intention to continue litigating his claims against defendant. Since plaintiff has not filed anything in response to that warning, I will now dismiss the case.

  **THEREFORE, IT IS ORDERED** that this case is **DISMISSED**.

  Dated at Milwaukee, Wisconsin, this 25th day of April 2013.

                  s/ Lynn Adelman
                  _____
                  LYNN ADELMAN
                  District Judge